UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 04-269

BRANDON BROWN                                SECTION "K"

**ORDER AND OPINION**

Before the Court is the "Motion to Extend Time for filing Notice of Appeal and Allow Out-of-Time Appeal" filed on behalf of defendant Brandon Brown. Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, GRANTS the motion.

After denying the "Motion to Correct Sentence Under 28 U.S.C. § 2255" filed on behalf of defendant Brandon Brown, the Court entered judgment dismissing with prejudice defendant's motion for post-conviction relief pursuant to 28 U.S.C. §2255. Thereafter defendant filed a "Motion to Reconsider the Order, Opinion, and Judgment Entered March 26, 2010 Denying Him Relief Under 28 U.S.C. §2255" which the Court denied.

On August 3, 2011, fifty-seven (57) days after the Court entered its order denying defendant's motion for reconsideration, counsel for defendant filed this motion apparently thinking that he had missed the deadline to timely file a notice of appeal pursuant to Rule 4 of the Federal Rules of Appellate Procedure counsel for defendant. Proceeding for relief pursuant to 28 U.S.C. § 2255 are "civil in nature." *United States v. Johnston*, 258 F.3d 361, 365 (5th Cir. 2001). With respect to civil actions, Rule 4 of the Federal Rule of Appellate Procedure provides in pertinent part that "[w]hen the United States or its officer or agency is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered." Fed.R. App. P.

4(a)(1)(B); *see United States v. Young*, 966 F.2d 164, 165 (5th Cir. 1992). Thus, at the time defendant filed the motion for extension of time to file a notice of appeal, no extension was necessary. Because defendant filed the request for an extension of time to file a notice of appeal within the period for timely filing a notice of appeal, the Court grants the motion and orders that defendant file the requisite notice of appeal not later than September 20, 2011.

New Orleans, Louisiana, this 8th day of September, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE